UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF GRAZIANI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL V. PUGH, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 12-2199-R (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

///

///

///

IT IS ORDERED that the Judgment be entered: (1) accepting this Report and Recommendation; (2) dismissing Plaintiff's deliberate indifference claims Defendants Samuels, Penn, and Banks without leave to amend; (3) dismissing the First Amended Complaint without leave to amend and with prejudice; and (4) directing that judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: April 10, 2013

HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge