Priority
Send
Enter
Closed
___/JS-6
JS-2/JS-3
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF GRAZIANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL V. PUGH, et al.,<br><br>　　　　Defendants | Case No. EDCV 12-2199-R (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///
///
///

1 | IT IS ADJUDGED that the First Amended Complaint is dismissed with
2 | prejudice.

DATED: April 10, 2013

_____
HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge